Case 7:25-cv-06416-KMK   Document 8   Filed 08/25/25   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

STRIKE 3 HOLDINGS, LLC,

                         Plaintiff,

       vs.

JOHN DOE subscriber assigned IP address
74.108.222.132,

                         Defendant.

-----------------------------------------------------------------X

Case No. 7:25-cv-06416-KMK

## MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of Jorge Arco in support of this motion; (3) Declaration of Patrick Paige in support this motion; and (4) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Verizon Fios, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 08/25/2025

Respectfully submitted,

By:   /s/ *Jacqueline M. James*
      Jacqueline M. James, Esq. (1845)
      The James Law Firm, PLLC
      445 Hamilton Avenue
      Suite 1102
      White Plains, New York 10601
      T: 914-358-6423
      F: 914-358-6424
      E-mail: jjames@jacquelinejameslaw.com
      *Attorneys for Plaintiff*

Granted.

So Ordered.

*[signature]*

8/26/25

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Since Defendant's identity is unknown, I was unable to send a copy of the foregoing documents to Defendant or Defendant's counsel at this time.

By: __/s/ *Jacqueline M. James*__